# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 28, 2023

Lyle W. Cayce
Clerk

No. 23-30213
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

David Randolph Yeager, Jr.,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:06-CR-60056-1

_____

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

David Randolph Yeager, Jr., pleaded true to a violation of a supervised release condition following a state conviction on child pornography charges. The district court sentenced him to 36 months in prison, to be served consecutively to the state sentence, and imposed a lifetime term of supervised release.

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30213

Yeager challenges the substantive reasonableness of his revocation sentence. This court reviews "a sentence imposed after revocation of supervised release under the plainly unreasonable standard of review." *United States v. Winding*, 817 F.3d 910, 913 (5th Cir. 2016).

Consecutive sentencing is the express policy of the Sentencing Guidelines in the revocation context. *United States v. Flores*, 862 F.3d 486, 489 (5th Cir. 2017); U.S.S.G. § 7B1.3(f) & comment. (n.4). Further, the length of the sentence and the life term of supervised release were supported by the record, and we have repeatedly affirmed statutory maximum sentences above the revocation policy range. *See United States v. Warren*, 720 F.3d 321, 332 (5th Cir. 2013). Thus, Yeager has not shown that the sentence is plainly unreasonable.

AFFIRMED.